# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAWRENCE AARON CHRISTIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL, ) | Case No. 14-CV-176-JHP-SPS |
| Acting Commissioner of ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On March 22, 2017, the United States Magistrate Judge entered a Report and Recommendation in regard to counsel's request for compensation pursuant to 42 U.S.C. § 406(b). The Magistrate Judge recommended counsel be compensated in the amount of $4,461.75 in attorneys' fees[1] from the past due benefits retained by the Commissioner. No party has filed any objection to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

This Court finds the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on March 22, 2017, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

---

[1] On page 5 of the Report and Recommendation, the Magistrate Judge recommends an award of attorney fees in the amount of $12,187.20. However, the Court reads this number as a typographical error, as the Magistrate Judge refers repeatedly to the requested amount of $4,461.75 throughout the rest of the Report and Recommendation.

**IT IS SO ORDERED this 15th day of May, 2017.**

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma